ACCEPTED
06-15-00073-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/27/2015 4:36:42 PM
DEBBIE AUTREY
CLERK

# IN THE COURT OF APPEALS
## SIXTH JUDICIAL DISTRICT
### TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/28/2015 8:28:00 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **GRAYSON DAVID SMITH, APPELLANT** | § | |
| | § | |
| **VS.** | § | **Case No. 06-15-00073-CR** |
| | § | |
| **STATE OF TEXAS, APPELLEE** | § | |
| | § | |
| | § | |

## UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE APPELLANT BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Michael Lowe, Attorney for Appellant Grayson David Smith, and makes this his Motion to Extend Time to File Appellant Brief in the above entitled and numbered cause, and would respectfully show the Court the following:

### I.

Appellant's brief due date is Thursday, September 3, 2015.

### II.

Michael Lowe, Attorney for Appellant has been very busy and has just returned from a scheduled family vacation. Attorney for Appellant has not had time to review the Clerk's Record. Attorney for Appellant is requesting an extension for a period of thirty (30) days to file Appellant's Brief.

### III.

Appellant moves this court to continue Appellant's deadline to file his brief. This motion is not being made for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant a

**UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE APPELLANT BRIEF** PAGE 1

continuance of Appellant Grayson David Smith's deadline to file Appellant's Brief in this matter.

Respectfully submitted,


/s/ Michael C. Lowe
Michael Lowe
Board Certified - Criminal Law
Texas Board of Legal Specialization
State Bar No. 24007573
700 N. Pearl St., Suite 2170
Dallas, Texas 75201
Telephone: 214.526.1900
Facsimile: 214.748.4348


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been mailed to Noble D. Walker, District Attorney, 2507 Lee St., 4th. Floor, Greenville, Texas 75401 in accordance with the Texas Rules of Appellate Procedure on the 27th day of August, 2015.


/s/ Michael C. Lowe
Michael C. Lowe

## CERTIFICATE OF CONFERENCE

I, Michael C. Lowe, certify as follows:

[ X ]   In compliance with Rule 9 & 10 of Texas Rules of Appellate Procedure, a conference on the attached motion was held on the 27th day of August, 2015 between the undersigned and Noble D. Walker, the District Attorney ("DA") assigned to the case. During the conference, it was determined that:

    [ X ]   The DA does not oppose the Motion.

    [ ]   Agreement on the Motion could not be reached for the following reasons:

        [ ]   The ADA opposes the Motion

        [ ]   Other reason as follows:

[ ] .   In compliance with Rule 9 & 10 of Texas Rules of Appellate Procedure, the undersigned attempted to contact the ADA assigned to the case for a conference on the attached Motion. For the following reason(s) it was not possible for the required conference to be held:

    [ ]   The ADA assigned to the case was unavailable and could not be reached.

    [ ]   Other reason as follows:

/s/ Michael C. Lowe
Michael C. Lowe

DATED: August 27, 2015